UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE:

George J Koutny
Debra L Koutny

            DEBTORS

CASE NO. 14 B 08134
CHAPTER 13

JUDGE CAROL A DOYLE

**NOTICE OF FINAL CURE PAYMENT**

Pursuant to Federal Rule of Bankruptcy Procedure 3002.1(f), the Chapter 13 Trustee, TOM VAUGHN files this Notice of Final Cure Payment.  The amount required to cure the default in the claim listed below has been paid in full.

**Name of Creditor:**  WELLS FARGO BANK NA

**Final Cure Amount**

| Court Claim # | Claim ID | Account Number | Claim Asserted | Claim Allowed | Amount Paid |
|---|---|---|---|---|---|
| 4 | 16 | XXXXXX9922 | $3,204.83 | $3,204.83 | $3,204.83 |
| Total Amount Paid by Trustee | | | | | $3,204.83 |

**Monthly Ongoing Mortgage Payment**

Mortgage is Paid:

__  Through the Chapter 13 Conduit          **X**  Direct by the Debtors

Within 21 days of the service of the Notice of Final Cure Payment, the creditor MUST file and serve a Statement as a supplement to the holder's proof of claim on the Debtors, Debtors' Counsel and the Chapter 13 Trustee, pursuant to Fed.R.Bank.P.3002.1(g), indicating 1) whether it agrees that the Debtors have paid in full the amount required to cure the default on the claim; and 2) whether the Debtors are otherwise current on all payments consistent with 11 U.S.C. § 1322(b)(5).

The statement shall itemize the required cure or post-petition amounts, if any, that the holder contends remain unpaid as of the date of the statement.  The statement shall be filed as a supplement to the holder's proof of claim and is not subject to Rule 3001(f).  Failure to notify may result in sanctions.

CASE NO. 14-08134-CAD

## CERTIFICATE OF SERVICE

I certify under penalty of perjury that this office caused a copy of this notice to be delivered to the persons named above by U.S. mail at 55 E. MONROE STREET, SUITE 3850, CHICAGO, IL  60603 or by the methods indicated on this 28th day of November, 2017.


Debtor:                                     Attorney:
George J Koutny                             EDWIN L FELD & ASSOC
Debra L Koutny                              1 N LASALLE ST #1225
5734 W 82nd Pl                              CHICAGO, IL  60602
Burbank, IL  60459                          via Clerk's ECF noticing procedures


Creditor:                                   Mortgage Creditor:
WELLS FARGO BANK NA                          CODILIS & ASSOCIATES
1 HOME CAMPUS MAC#X2302 04C                  15W030 N FRONTAGE RD # 100
DES MOINES, IA  50328                        BURR RIDGE, IL  60527


Creditor:
WELLS FARGO BANK NA
1 HOME CAMPUS MAC#X2302 04C
DES MOINES, IA  50328

ELECTRONIC SERVICE - United States Trustee


Date:  November 28, 2017                    /s/ TOM VAUGHN
                                            TOM VAUGHN
                                            CHAPTER 13 TRUSTEE
                                            55 E. MONROE STREET, SUITE 3850
                                            CHICAGO, IL  60603